1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8    In Re.                              No. C 08-4325 MHP (pr)

9    STEVIE SMITH,                       **ORDER OF TRANSFER**

10              Plaintiff.

11   _____/

12        Stevie Smith filed this <u>pro se</u> civil rights action under 42 U.S.C. § 1983, complaining

13   of acts and omissions at the Corcoran State Prison in Corcoran, California.  He has not

14   identified any defendants by name, although it appears that the defendants will be members

15   of the prison staff at Corcoran.   Corcoran is in Kings County, and that county is within the

16   venue of the Eastern District of California.  Venue therefore properly lies in that district and

17   not in this one.  <u>See</u> 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and pursuant

18   to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for

19   the Eastern District of California.  The clerk shall transfer this matter.

20        IT IS SO ORDERED.

21   DATED: December 18, 2008

22                                        _____
                                         Marilyn Hall Patel
                                         United States District Judge

23

24

25

26

27

28

United States District Court
For the Northern District of California