# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE J. SMITH, | CASE NO. 1:08-cv-01978-SMS PC |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO SEND COMPLAINT FORM TO PLAINTIFF |
| v. | ORDER REQUIRING PLAINTIFF TO FILE COMPLAINT WITHIN THIRTY DAYS |
| ROBERT AYERS, et al., | |
| Defendants. | (Doc. 1) |

On September 15, 2008, the United States District Court for the Northern District of California received a letter from Plaintiff Stevie J. Smith ("Plaintiff"), a state prisoner proceeding pro se. The court opened a civil rights action and transferred the case to this court because Plaintiff is complaining of conditions of confinement at California State Prison-Corcoran.

Plaintiff's letter is insufficient to serve as a complaint in this action. Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a civil rights complaint form;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a complaint; and

3. The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:   January 5, 2009**          /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE

1