IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE J. SMITH, | 1:08-cv-01978-SMS (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SUBMIT A NEW CONSENT/DECLINE FORM AS TO MAGISTRATE JUDGE JURISDICTION |
| vs. | |
| ROBERT AYERS, JR., et al., | THIRTY DAY DEADLINE |
| Defendants. | |
| _____/ | |

   Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

   On December 30, 2008, the Court issued an Order Re Consent or Request for Reassignment (Court Document #6-2) which was served on Plaintiff with information and instructions for informing the Court whether he would consent to Magistrate Judge Jurisdiction. The form instructs the parties to "Check and Sign *ONLY ONE* Section of the Form," indicating a choice between "consent" or "decline" as to jurisdiction of the Magistrate Judge. On January 12, 2009, Plaintiff returned the Order Re Consent or Request for Reassignment form to the Court; however, plaintiff signed *BOTH* sections of the form. At this time, the Court shall require Plaintiff to complete a new Order Re Consent or Request for Reassignment form and return it to the Court.

/ / / / /

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall re-serve on Plaintiff the Order Re Consent or Request for Reassignment issued on December 30, 2008 (Court Document #6-2).
2. Within thirty (30) days from the date of service of this order, Plaintiff shall submit a new Order Re Consent or Request for Reassignment form, telling the Court whether he will consent to Magistrate Judge Jurisdiction.  Plaintiff must sign *ONLY ONE* section of the form, indicating a choice between "consent" and "decline."
3. Failure to follow this order will result in a recommendation that this action be dismissed pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:**   **January 20, 2009**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE